United States Bankruptcy Court
District of Arizona

In re: Case No. 25-04936-DPC
DOMINIQUE M THOMAS Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2 User: admin 
Date Rcvd: Nov 04, 2025 Form ID: pdf001 Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | DOMINIQUE M THOMAS, 6824 W VALLEY VIEW DRIVE, LAVEEN, AZ 85339-4552 |
| 17763072 | + | OnPath Federal CU, Attn: Bankruptcy Dept., 3076 Lancaster Drive Ne, Salem OR 97305-1396 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 17766226 | + | Email/Text: bankruptcynotices@azdor.gov | Nov 04 2025 23:03:00 | ARIZONA DEPARTMENT OF REVENUE, c/o Tax, Bankruptcy and Collections, 2005 N Central Ave, Suite 100, Phoenix, AZ 85004-1546 |
| 17872943 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Nov 04 2025 23:13:35 | Aidvantage on behalf of, Dept of Education, PO Box 300001, Greenville Tx 75403-3001 |
| 17777316 | | Email/Text: bankruptcy.notices@azfcu.org | Nov 04 2025 23:04:00 | Arizona Financial Credit Union, PO Box 60070, Phoenix, AZ 85082-0070 |
| 17763065 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2025 23:01:51 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City UT 84130-0285 |
| 17763066 | + | Email/Text: bankruptcynotice@integracredit.com | Nov 04 2025 23:04:00 | Ccb-integra, 120 S Lasalle St, Chicago IL 60603-3403 |
| 17763067 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 04 2025 23:02:35 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas NV 89113-2273 |
| 17763068 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 04 2025 23:04:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton OR 97076-4401 |
| 17763069 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 04 2025 23:04:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 17836423 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2025 23:02:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 17804689 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 04 2025 23:01:49 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 17763070 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 04 2025 23:12:55 | Merrick Bank Corp, Po Box 9201, Old Bethpage NY 11804-9001 |
| 17763071 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Nov 04 2025 23:02:32 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre PA 18773-9635 |
| 17828891 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2025 23:01:54 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 17781204 | | Email/Text: bnc-quantum@quantum3group.com | Nov 04 2025 23:04:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 17763073 | + | Email/Text: UpStart@ebn.phinsolutions.com | Nov 04 2025 23:04:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos CA 94070-7503 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Arizona Financial Credit Union, PO BOX 60070, Phoenix, AZ 85082-0070 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Celeste Tabares | on behalf of Creditor Arizona Financial Credit Union cdt@eblawyers.com lkm@eblawyers.com |
| David Cutler | on behalf of Debtor DOMINIQUE M THOMAS documents2@phxfreshstart.com Cutler.DavidR89553@notify.bestcase.com |
| EDWARD J. MANEY | courtecf@maney13trustee.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 4

SO ORDERED.

Dated: November 4, 2025

Daniel P. Collins, Bankruptcy Judge

THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>DOMINIQUE M THOMAS,<br><br>Debtors. | CHAPTER 13<br><br>CASE NO. 2:25-BK-04936-DPC<br><br>**STIPULATED ORDER CONFIRMING CHAPTER 13 PLAN** |

The Chapter 13 Plan having been properly noticed out to creditors and any objection to confirmation having been resolved,

**IT IS ORDERED** confirming the Plan of the Debtors as follows:

(A) **INCOME SUBMITTED TO THE PLAN.** Debtors shall submit the following amounts of future income to the Trustee for distribution under the Plan.

(1) Future Earnings or Income. Debtors shall make the following monthly Plan payments:

| Months | Amount |
|---|---|
| 1-4 | $420.00 |
| 5-60 | $596.00 |

The payments are due on or before the 29th day of each month commencing June 29, 2025. Debtors are advised that when payments are remitted late, additional interest may accrue

on secured debts which may result in a funding shortfall at the end of the Plan term. Any funding shortfall must be cured before the plan is deemed completed.

The Debtors shall provide to the Trustee copies of their **federal** and **state** income tax returns for post-petition years 2025-2029 within 30 days of filing them. The purpose is to assist the Trustee in determining any change in Debtors' annual disposable income.

(2) Other Property. In the event that other property is submitted, it shall be treated as supplemental payments.

(B) **DURATION.** This Plan shall continue for 60 months from the first regular monthly payment described in Paragraph (A)(1) above. If at any time before the end of the Plan period all claims are paid, then the Plan shall terminate. In no event will the term of the Plan be reduced to less than 60 months, exclusive of any property recovered by the Trustee, unless all allowed claims are paid in full.

(C) **CLASSIFICATION AND TREATMENT OF CLAIMS.** Claims shall be classified as listed below. The Plan and this Order shall not constitute an informal proof of claim for any creditor. This Order does not allow claims. Claims allowance is determined by § 502 and the Federal Rules of Bankruptcy Procedure. The Trustee shall receive the percentage fee on the Plan payments pursuant to 28 U.S.C. § 586(e), then the Trustee will pay secured creditors or allowed claims in the following order:

(1) Administrative expenses:

Attorney Fees. Tom McAvity, shall be allowed total compensation of $4,500. Counsel received $42.00 prior to filing this case and will be paid $4,458.00 by the Chapter 13 Trustee.

(2) Claims Secured by Real Property:

(a) None.

(3) Claims Secured by Personal Property:

(a) Arizona Financial Credit Union, secured by a lien in a 2015 Kia Soul, shall be paid a secured claim of $3,216.33 with 9.500% interest. The creditor will receive adequate protection payments of $50.00 per month. The balance of the debt shall be classified as unsecured.

(b) Arizona Financial Credit Union, secured by a lien in a 2015 Kia Soul, shall be paid a secured claim of $170.34 with 9.500% interest. The creditor will receive adequate protection payments of $50.00 per month. The balance of the debt shall be classified as unsecured.

(4) Unsecured Priority Claims:

(a) Internal Revenue Service shall be paid an unsecured priority claim of $2,269.05 with no interest for income taxes.

(b) Arizona Department of Revenue shall be paid an unsecured priority claim of $965.01 with no interest for income taxes.

(5) Surrendered Property:

Upon confirmation of this plan or except as otherwise ordered by the Court, bankruptcy stays are lifted as to collateral to be surrendered. Such creditor shall receive no distribution until the creditor timely files a claim or an amended proof of claim that reflects any deficiency balance remaining on the claim. Assuming the creditor has an allowed proof of claim, should the creditor fail to file an amended claim consistent with this provision, the Trustee need not make any distributions to that creditor. Debtors surrender the following property:

(a) None.

(6) Other Provisions:

(a) The debtor shall assume the lease with Amber Anderson with regards to her rent.

(7) Unsecured Nonpriority Claims. Claims allowance is determined by § 502 and the Federal Rules of Bankruptcy Procedure. Allowed unsecured claims shall be paid pro rata the balance of the payments under the Plan and any unsecured debt balance remaining unpaid upon completion of the Plan may be discharged as provided in 11 U.S.C. § 1328.

(D) **EFFECTIVE DATE AND VESTING.** The effective date of the Plan shall be the date of this Order. Property of the estate vests in Debtors upon confirmation, subject to the rights of the Trustee to assert a claim to any additional property of the estate pursuant to 11 U.S.C. § 1306.

---

**ORDER SIGNED ABOVE**

---

Approved as to Form and Content By:

Edward J. Maney, Trustee

David Cutler
Attorney for Debtors

Bradley D. Pack
Celeste D. Tabares
Attorneys for Secured Creditor, Arizona Financial Credit Union

The Debtors certify: All required State and Federal Income tax returns have been filed No domestic support obligation is owed or, if owed, such payments are current since the filing of the Petition.

DOMINIQUE M THOMAS, Debtor